**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 96-11308

_____


GLORIA ROBINSON and MARTHA MARIE PRESTON,

Plaintiffs-Appellants,

VERSUS

JANET RENO,
Attorney General, et al.,

Defendants-Appellees.


_____

Appeal from the United States District Court
for the Northern District of Texas
(4:96-CV-480-A)
_____

March 13, 1998

Before JONES and SMITH, Circuit Judges, and SHAW,[*] District Judge.

PER CURIAM:[**]


The judgment is AFFIRMED, essentially for the reasons expressed in the district court's Memorandum Opinion and Order.

_____

[*] District Judge of the Western District of Louisiana, sitting by designation.

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.